# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10 CV 114

| | |
|---|---|
| STELLA ANDREWS, et al, | )<br>) |
|     Plaintiffs | )<br>) |
| V | )    **ORDER**<br>) |
| AMERICA'S LIVING CENTERS, LLC<br>and KENNETH HODGES, | )<br>)<br>) |
|     Defendants. | ) |

**THIS MATTER** is before the court on W. Carleton Metcalf's Application for Admission to Practice *Pro Hac Vice* of Terry D. Smith. It appearing that Terry D. Smith is a member in good standing with the Kansas Bar and will be appearing with W. Carleton Metcalf, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that W. Carleton Metcalf's Application for Admission to Practice *Pro Hac Vice* (#4) of Terry D. Smith is **GRANTED**, and that Terry D. Smith is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with W. Carleton Metcalf.

Signed: June 9, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge