IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv114

| | |
|---|---|
| STELLA ANDREWS, individually and on behalf of similarly situated persons,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>Vs.  )<br>)<br>AMERICA'S LIVING CENTERS, LLC;  )<br>and KENNETH HODGES,  )<br>)<br>Defendants.  )<br>_____  ) | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion to Continue Hearing (#23). Such motion is duplicative of plaintiff's Motion to Continue (#22), filed earlier the same day, and will be summarily denied as it is redundant. The court also notes that such motion does not contain a signature of local counsel, a violation of the terms of counsels' *pro hac vice* admission.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Continue Hearing (#23) is **DENIED.**

Signed: October 19, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge